**In re Kareem Abdullah KIRK–BEY, Petitioner.**

No. 13–1942.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 4, 2013.

Decided: Nov. 8, 2013.

Kareem Abdullah Kirk–Bey, Petitioner
Pro Se.

Before WILKINSON, SHEDD, and
DUNCAN, Circuit Judges.

Petition denied by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Kareem Abdullah Kirk–Bey petitions for
a writ of mandamus seeking an order requiring
the district court to honor the
"Averment of Jurisdiction" he filed, to stop
the collection of funds from his prison
account, and to return funds previously
collected. We conclude that Kirk–Bey is
not entitled to mandamus relief.

Mandamus relief is a drastic remedy and
should be used only in extraordinary circumstances.
*Kerr v. United States Dist.
Court,* 426 U.S. 394, 402, 96 S.Ct. 2119, 48
L.Ed.2d 725 (1976); *United States v.
Moussaoui,* 333 F.3d 509, 516–17 (4th Cir.
2003). Further, mandamus relief is available
only when the petitioner has a clear
right to the relief sought. *In re First Fed.
Sav. & Loan Ass'n,* 860 F.2d 135, 138 (4th
Cir.1988). Mandamus may not be used as
a substitute for appeal. *In re Lockheed
Martin Corp.,* 503 F.3d 351, 353 (4th Cir.

2007). The relief sought by Kirk–Bey is
not available by way of mandamus. Accordingly,
we deny Kirk–Bey's "Affidavit
of Financial Statement," which we construe
as a motion objecting to the terms of
the Prison Litigation Reform Act, and
deny the petition for writ of mandamus.
We dispense with oral argument because
the facts and legal contentions are adequately
presented in the materials before
this court and argument would not aid the
decisional process.

*PETITION DENIED.*